**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF NORTH CAROLINA

Case number *(if known)* _____  Chapter  **11**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Quantum Development Charlotte, LLC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **45-4418463** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **2001 Hartwicke Place**<br>**Charlotte, NC 28270**<br>Number, Street, City, State & ZIP Code | <br><br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Mecklenburg**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

   ☐ Partnership (excluding LLP)

   ☐ Other. Specify: _____

Debtor  **Quantum Development Charlotte, LLC**
     Name                                                   Case number (*if known*) _____

---

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| District | _____ | When _____ | Case number _____ |
| District | _____ | When _____ | Case number _____ |

---

| Debtor | **Quantum Development Charlotte, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | Relationship | |
|---|---|---|---|---|
| Debtor | _____ | | | _____ |
| District | _____ | When _____ | Case number, if known | _____ |

**11.** **Why is the case filed in *this district*?**    *Check all that apply:*

■   Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐   A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13.** **Debtor's estimation of available funds**    *Check one:*

■   Funds will be available for distribution to unsecured creditors.

☐   After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|

Debtor    **Quantum Development Charlotte, LLC**
     Name

Case number (*if known*) _____

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor   **Quantum Development Charlotte, LLC**

Name

Case number (*if known*) _____

---

| | **Request for Relief, Declaration, and Signatures** |

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 15, 2022**
               MM / DD / YYYY

**X** **/s/ Richard D. Campbell**                                    **Richard D. Campbell**
Signature of authorized representative of debtor                    Printed name

Title    **Member/Manager**

---

**18. Signature of attorney**

**X** **/s/ R. Keith Johnson**                            Date   **March 15, 2022**
Signature of attorney for debtor                                 MM / DD / YYYY

**R. Keith Johnson**
Printed name

**Law Offices of R. Keith Johnson, P.A.**
Firm name

**1275 S. Hwy. 16**
**Stanley, NC 28164**
Number, Street, City, State & ZIP Code

Contact phone   **704-827-4200**        Email address   **kjparalegal@bellsouth.net**

**8840 NC**
Bar number and State

---

**Fill in this information to identify the case:**

Debtor name    **Quantum Development Charlotte, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)    _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration    _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 15, 2022**          X */s/ Richard D. Campbell*
_____          _____
                                        Signature of individual signing on behalf of debtor

                                        **Richard D. Campbell**
                                        _____
                                        Printed name

                                        **Member/Manager**
                                        _____
                                        Position or relationship to debtor

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Quantum Development Charlotte, LLC** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF NORTH CAROLINA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Diesel Business Capital, LLC 88 Pine St. New York, NY 10005 | | | Contingent Unliquidated Disputed | | | $39,339.60 |
| Edens (PRSC Holdings) PO Box 536856 Atlanta, GA 30353 | | Debt of East 1511 - Property at 4271 Park Road; Lease terminates 2024 | | | | $40,000.00 |
| Emerald Group Holdings, LLC 48 Wall St., 10th Floor New York, NY 10005 | | | Contingent Unliquidated Disputed | | | $30,324.57 |
| Employers PO Box 539003 Henderson, NV 89053 | | | | | | $3,321.00 |
| Fiji Funding, LLC c/o Yehuda Jay Klein, Esq. The Klein Law Firm 3180 18th St. San Francisco, CA 94110 | | | Contingent Unliquidated Disputed | | | $73,113.00 |
| Flash Funding 4000 Hollywood Blvd. Hollywood, FL 33021 | | | Contingent Unliquidated Disputed | | | $91,420.44 |
| Funding Metrics 1330 Ave. of the Americas, Ste. 23A New York, NY 10019 | | | Contingent Unliquidated Disputed | | | $80,343.78 |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor  **Quantum Development Charlotte, LLC**            Case number *(if known)*
    Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Internal Revenue Service 320 Federal Place Greensboro, NC 27401** | | | | | | **$630,000.00** |
| **Jewell Agency 18 Sunrise Point Ct. Lake Wylie, SC 29710** | | | | | | **$11,000.00** |
| **Koury Corporation Attn:  Doug Heberle, Esq. 2275 Vanatory St., Ste. 200 Greensboro, NC 27403** | | **Debt of Toringdon 1511 and Arboretum 1511 - (Toringdon) Property at 12330 Johnston Rd.; Lease terminates 2030; (Arboretum) 12206 Copper Way; Lease ter** | | | | **$106,800.00** |
| **Metro Capital, LLC 600 Center St. Herndon, VA 20170** | | | **Contingent Unliquidated Disputed** | | | **$124,443.15** |
| **MP Shopping Center c/o Southern Real Estate 4201 Congress St., Ste. #170 Charlotte, NC 28209** | | **Debt of Mooresville 1511 - Property at 120-D Market Place Avenue; Lease terminates 2029** | | | | **$13,230.85** |
| **NC Department of Revenue P. O. Box 25000 Raleigh, NC 27640** | | | | | | **$360,000.00** |
| **Oilmatic 521 Eagleton Downs Dr., Ste. A Pineville, NC 28134** | | **Debt of East 1511** | | | | **$3,363.01** |
| **United Health Care PO Box 94017 Palatine, IL 60094** | | | | | | **$8,941.76** |
| **US Foods PO Box 602292 Charlotte, NC 28260** | | **Debt of Toringdon 1511** | | | | **$24,873.28** |
| **US Foods PO Box 602292 Charlotte, NC 28260** | | **Debt of Mooresville 1511** | | | | **$18,786.76** |
| **US Foods PO Box 602292 Charlotte, NC 28260** | | **Debt of East 1511** | | | | **$53,201.77** |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

Debtor    **Quantum Development Charlotte, LLC**                          Case number *(if known)* _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Velocity Capital Group 333 Pearsall Ave., Ste. 105 Cedarhurst, NY 11516** | | | **Contingent Unliquidated Disputed** | | | **$67,048.00** |
| **Wilmar, Inc. PO Box 221272 Charlotte, NC 28222** | | **Debt of Quantum Development Corp.** | | | | **$5,257.93** |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Quantum Development Charlotte, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)   _____

☐ Check if this is an
    amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

**12/15**

### Part 1:   Summary of Assets

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*..........................................................................    $      **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*........................................................................    $      **38,317.01**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*..........................................................................    $      **38,317.01**

### Part 2:   Summary of Liabilities

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $      **218,400.00**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................    $      **990,000.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................    +$      **809,992.97**

4.   Total liabilities ..............................................................................................
    Lines 2 + 3a + 3b    $      **2,018,392.97**

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Quantum Development Charlotte, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ☐ **No.** Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ **Yes.** Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1**   **Woodforest National Bank**<br>Creditor's Name | Describe debtor's property that is subject to a lien | **$218,400.00** | **$250,000.00** |
| **c/o Thomas L. Ogburn, III, Esq.**<br>**301 S. College St., Ste. 2900**<br>**Charlotte, NC 28202**<br>Creditor's mailing address | | | |
| | Describe the lien | | |
| | | | |
| | **Is the creditor an insider or related party?** | | |
| Creditor's email address, if known | ☑ No<br>☐ Yes | | |
| | **Is anyone else liable on this claim?** | | |
| **Date debt was incurred** | ☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |
| **Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    $218,400.00

**Part 2:**    **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| **Name and address** | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com    

**Fill in this information to identify the case:**

Debtor name  **Quantum Development Charlotte, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
                                                                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**320 Federal Place**<br>**Greensboro, NC 27401** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$630,000.00** | **$630,000.00** |
|  | Date or dates debt was incurred<br>**Various** | Basis for the claim: |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes |  |  |
| **2.2** | Priority creditor's name and mailing address<br>**Iredell Co. Tax Collector**<br>**P. O. Box 1027**<br>**Statesville, NC 28687** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
|  | Date or dates debt was incurred | Basis for the claim: |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes |  |  |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                    53209                    Best Case Bankruptcy

Debtor    **Quantum Development Charlotte, LLC**                                     Case number (if known) _____
_____
Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |

Priority creditor's name and mailing address

**Mecklenburg County Tax Collector**
**3205 Freedom Dr., #3000**
**Charlotte, NC 28208**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

_____
Date or dates debt was incurred

Basis for the claim:
_____

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

2.4    Priority creditor's name and mailing address

**NC Department of Revenue**
**P. O. Box 25000**
**Raleigh, NC 27640**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$360,000.00    $360,000.00

_____
Date or dates debt was incurred

Basis for the claim:
_____

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |

3.1    Nonpriority creditor's name and mailing address

**Arc3 Gases**
**518 W. 24th St.**
**Charlotte, NC 28206**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Debt of Mooresville 1511**

Is the claim subject to offset?  ■ No    ☐ Yes

**$386.00**

---

3.2    Nonpriority creditor's name and mailing address

**BenefitBay**
**13750 Millard Ave., Ste. 100**
**Omaha, NE 68137**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No    ☐ Yes

**$300.00**

---

3.3    Nonpriority creditor's name and mailing address

**Diesel**
**Business Capital, LLC**
**88 Pine St.**
**New York, NY 10005**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No    ☐ Yes

**$39,339.60**

---

Debtor  **Quantum Development Charlotte, LLC**
         _____        Case number *(if known)* _____
         Name

| | | |
|---|---|---|
| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| | **DS1 Phone Systems** | ☐ Contingent |
| | **13500 Crystal Springs Dr.** | ☐ Unliquidated |
| | **Huntersville, NC 28078** | ☐ Disputed |

**$558.68**

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Debt of Mooresville 1511__

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
|---|---|---|
| | **Edens (PRSC Holdings)** | ☐ Contingent |
| | **PO Box 536856** | ☐ Unliquidated |
| | **Atlanta, GA 30353** | ☐ Disputed |

**$40,000.00**

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Debt of East 1511 - Property at 4271 Park Road;__
__Lease terminates 2024__

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
|---|---|---|
| | **Emerald Group Holdings, LLC** | ☑ Contingent |
| | **48 Wall St., 10th Floor** | ☑ Unliquidated |
| | **New York, NY 10005** | ☑ Disputed |

**$30,324.57**

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
|---|---|---|
| | **Employers** | ☐ Contingent |
| | **PO Box 539003** | ☐ Unliquidated |
| | **Henderson, NV 89053** | ☐ Disputed |

**$3,321.00**

Date(s) debt was incurred _

Last 4 digits of account number  **0005**

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
|---|---|---|
| | **Fiji Funding, LLC** | ☑ Contingent |
| | **c/o Yehuda Jay Klein, Esq.** | ☑ Unliquidated |
| | **The Klein Law Firm** | ☑ Disputed |
| | **3180 18th St.** | |
| | **San Francisco, CA 94110** | |

**$73,113.00**

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
|---|---|---|
| | **Flash Funding** | ☑ Contingent |
| | **4000 Hollywood Blvd.** | ☑ Unliquidated |
| | **Hollywood, FL 33021** | ☑ Disputed |

**$91,420.44**

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
|---|---|---|
| | **Freshpoint** | ☐ Contingent |
| | **1200 Oakley Industrial Blvd., Ste. B** | ☐ Unliquidated |
| | **Fairburn, GA 30213** | ☐ Disputed |

**$2,508.71**

Date(s) debt was incurred _

Last 4 digits of account number  **7444**

Basis for the claim:  __Debt of East 1511__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **Quantum Development Charlotte, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,833.89**

**Freshpoint**
**1200 Oakley Industrial Blvd., Ste. B**
**Fairburn, GA 30213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **7442**

Basis for the claim: __Debt of Mooresville 1511__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,227.83**

**Freshpoint**
**1200 Oakley Industrial Blvd., Ste. B**
**Fairburn, GA 30213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **8663**

Basis for the claim: __Debt of Toringdon 1511__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$80,343.78**

**Funding Metrics**
**1330 Ave. of the Americas, Ste. 23A**
**New York, NY 10019**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Huneycutt**
**3840 Matthews Indian Trail Rd., Ste. 2**
**Matthews, NC 28104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Debt of East 1511__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Huneycutt**
**3840 Matthews Indian Trail Rd., Ste. 2**
**Matthews, NC 28104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Debt of Mooresville 1511__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Huneycutt**
**3840 Matthews Indian Trail Rd., Ste. 2**
**Matthews, NC 28104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Debt of Toringdon 1511__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Insurance Office of America**
**1221 Bower Pkwy., Ste. 101**
**Columbia, SC 29212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Quantum Development Charlotte, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.18** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11,000.00**

Jewell Agency
18 Sunrise Point Ct.
Lake Wylie, SC 29710

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$106,800.00**

Koury Corporation
Attn: Doug Heberle, Esq.
2275 Vanatory St., Ste. 200
Greensboro, NC 27403

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Debt of Toringdon 1511 and Arboretum 1511 - (Toringdon) Property at 12330 Johnston Rd.; Lease terminates 2030; (Arboretum) 12206 Copper Way; Lease terminates 2031**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$771.27**

Loomis Insurance
PO Box 14354
Reading, PA 19612

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0289**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$124,443.15**

Metro Capital, LLC
600 Center St.
Herndon, VA 20170

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2993**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$13,230.85**

MP Shopping Center
c/o Southern Real Estate
4201 Congress St., Ste. #170
Charlotte, NC 28209

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Debt of Mooresville 1511 - Property at 120-D Market Place Avenue; Lease terminates 2029**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,025.00**

O'Keefe Group (TOG)
PO Box 1240
Attleboro, MA 02703

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Debt of East 1511**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,363.01**

Oilmatic
521 Eagleton Downs Dr., Ste. A
Pineville, NC 28134

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Debt of East 1511**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **Quantum Development Charlotte, LLC** | Case number (if known) | |
| --- | --- | --- | --- |
| | Name | | |

---

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| --- | --- | --- | --- |

**Penn National Insurance**
**2 North Second St.**
**Harrisburg, PA 17101**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,598.74** |
| --- | --- | --- | --- |

**Postec**
**1125 Northmeadow Pkwy., Ste. 114**
**Roswell, GA 30076**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  3621**

**Basis for the claim:  Debt of Mooresville 1511**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$454.60** |
| --- | --- | --- | --- |

**Principal Life Insurance**
**PO Box 77202**
**Minneapolis, MN 55480**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  5483**

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$623.68** |
| --- | --- | --- | --- |

**ProChef**
**PO Box 4057**
**Mooresville, NC 28117**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:  Debt of Toringdon 1511**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$505.06** |
| --- | --- | --- | --- |

**Restaurant Depot**
**2030 John Crosland Dr.**
**Charlotte, NC 28208**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:  Debt of Toringdon 1511**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,390.61** |
| --- | --- | --- | --- |

**RHK Recovery Group (Day & Nite)**
**1670 Old Country Rd., Ste. 202**
**Plainview, NY 11803**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  0257**

**Basis for the claim:  Debt of Stonecrest 1511**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$8,941.76** |
| --- | --- | --- | --- |

**United Health Care**
**PO Box 94017**
**Palatine, IL 60094**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  2563**

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Quantum Development Charlotte, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$53,201.77** |
|---|---|---|---|

**US Foods**
**PO Box 602292**
**Charlotte, NC 28260**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** **9736**

**Basis for the claim:** **Debt of East 1511**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$18,786.76** |
|---|---|---|---|

**US Foods**
**PO Box 602292**
**Charlotte, NC 28260**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** **2228**

**Basis for the claim:** **Debt of Mooresville 1511**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$24,873.28** |
|---|---|---|---|

**US Foods**
**PO Box 602292**
**Charlotte, NC 28260**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Debt of Toringdon 1511**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$67,048.00** |
|---|---|---|---|

**Velocity Capital Group**
**333 Pearsall Ave., Ste. 105**
**Cedarhurst, NY 11516**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,257.93** |
|---|---|---|---|

**Wilmar, Inc.**
**PO Box 221272**
**Charlotte, NC 28222**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** **2639**

**Basis for the claim:** **Debt of Quantum Development Corp.**

Is the claim subject to offset? ■ No ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Edens Limited Partners**<br>**1221 Main St., Ste. 1000**<br>**Columbia, SC 29201** | Line **3.5**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Edens PRSC Holdings, LLC**<br>**1100 Abernathy Rd., NE**<br>**Ste. 875**<br>**ATTN: LEGAL DEPT**<br>**Atlanta, GA 30353-6856** | Line **3.5**<br><br>☐ Not listed. Explain ____ | _ |

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

| Debtor | **Quantum Development Charlotte, LLC** | Case number (if known) | |
| | Name | | |

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 990,000.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 809,992.97 |
| **5c. Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $ | 1,799,992.97 |

| Fill in this information to identify the case: |
|---|

Debtor name      **Quantum Development Charlotte, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
    (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Property at 4271 Park Rd.** | |
| | State the term remaining | **Lease terminates 2024** | **Edens (PRSC Holdings) PO Box 536856 Atlanta, GA 30353** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Property at 12330 Johnston Rd.** | |
| | State the term remaining | **Lease terminates 2030** | **Koury Corporation Attn:  Doug Heberle, Esq. 2275 Vanatory St., Ste. 200 Greensboro, NC 27403** |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Property at 12206 Copper Way** | |
| | State the term remaining | **Lease terminates 2031** | **Koury Corporation Attn:  Doug Heberle, Esq. 2275 Vanatory St., Ste. 200 Greensboro, NC 27403** |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Property at 120-D Market Place Ave.** | |
| | State the term remaining | **Lease terminates 2029** | **MP Shopping Center c/o Southern Real Estate 4201 Congress St., Ste. #170 Charlotte, NC 28209** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name  **Quantum Development Charlotte, LLC**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)  _____

☐ Check if this is an
    amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Richard D. Campbell** | **2001 Hartwicke Pl. Charlotte, NC 28270** | **Woodforest National Bank** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Richard D. Campbell** | **2001 Hartwicke Pl. Charlotte, NC 28270** | **Internal Revenue Service** | ☐ D _____<br>■ E/F __2.1__<br>☐ G _____ |
| 2.3 | **Richard D. Campbell** | **2001 Hartwicke Pl. Charlotte, NC 28270** | **NC Department of Revenue** | ☐ D _____<br>■ E/F __2.4__<br>☐ G _____ |
| 2.4 | **Richard D. Campbell** | **2001 Hartwicke Pl. Charlotte, NC 28270** | **Diesel** | ☐ D _____<br>■ E/F __3.3__<br>☐ G _____ |
| 2.5 | **Richard D. Campbell** | **2001 Hartwicke Pl. Charlotte, NC 28270** | **Emerald Group Holdings, LLC** | ☐ D _____<br>■ E/F __3.6__<br>☐ G _____ |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

| Debtor | **Quantum Development Charlotte, LLC** | Case number *(if known)* | |

---

█ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

*Column 1:* **Codebtor** | | *Column 2:* **Creditor**

| 2.6 | Richard D. Campbell | 2001 Hartwicke Pl. Charlotte, NC 28270 | Fiji Funding, LLC | ☐ D _____ ■ E/F __3.8__ ☐ G _____ |
| 2.7 | Richard D. Campbell | 2001 Hartwicke Pl. Charlotte, NC 28270 | Flash Funding | ☐ D _____ ■ E/F __3.9__ ☐ G _____ |
| 2.8 | Richard D. Campbell | 2001 Hartwicke Pl. Charlotte, NC 28270 | Funding Metrics | ☐ D _____ ■ E/F __3.13__ ☐ G _____ |
| 2.9 | Richard D. Campbell | 2001 Hartwicke Pl. Charlotte, NC 28270 | Metro Capital, LLC | ☐ D _____ ■ E/F __3.21__ ☐ G _____ |
| 2.10 | Richard D. Campbell | 2001 Hartwicke Pl. Charlotte, NC 28270 | Velocity Capital Group | ☐ D _____ ■ E/F __3.35__ ☐ G _____ |

# United States Bankruptcy Court
## Western District of North Carolina

In re   **Quantum Development Charlotte, LLC**

Debtor(s)

Case No.

Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Richard D. Campbell**<br>**2001 Hartwicke Pl.**<br>**Charlotte, NC 28270** | **Member** | | **95.4%** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Member/Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **March 15, 2022**

Signature   **/s/ Richard D. Campbell**

**Richard D. Campbell**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### Western District of North Carolina

In re    **Quantum Development Charlotte, LLC**        Case No.

                                     Debtor(s)       Chapter    **11**

## VERIFICATION OF CREDITOR MATRIX

I, the Member/Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **March 15, 2022**                **/s/ Richard D. Campbell**

                                             **Richard D. Campbell**/**Member/Manager**
                                             Signer/Title

Arc3 Gases
518 W. 24th St.
Charlotte, NC 28206

BenefitBay
13750 Millard Ave., Ste. 100
Omaha, NE 68137

Diesel
Business Capital, LLC
88 Pine St.
New York, NY 10005

DS1 Phone Systems
13500 Crystal Springs Dr.
Huntersville, NC 28078

Edens (PRSC Holdings)
PO Box 536856
Atlanta, GA 30353

Edens Limited Partners
1221 Main St., Ste. 1000
Columbia, SC 29201

Edens PRSC Holdings, LLC
1100 Abernathy Rd., NE
Ste. 875
ATTN: LEGAL DEPT
Atlanta, GA 30353-6856

Emerald Group Holdings, LLC
48 Wall St., 10th Floor
New York, NY 10005

Employers
PO Box 539003
Henderson, NV 89053

Fiji Funding, LLC
c/o Yehuda Jay Klein, Esq.
The Klein Law Firm
3180 18th St.
San Francisco, CA 94110

Flash Funding
4000 Hollywood Blvd.
Hollywood, FL 33021


Freshpoint
1200 Oakley Industrial Blvd., Ste. B
Fairburn, GA 30213


Funding Metrics
1330 Ave. of the Americas, Ste. 23A
New York, NY 10019


Huneycutt
3840 Matthews Indian Trail Rd., Ste. 2
Matthews, NC 28104


Insurance Office of America
1221 Bower Pkwy., Ste. 101
Columbia, SC 29212


Internal Revenue Service
320 Federal Place
Greensboro, NC 27401


Iredell Co. Tax Collector
P. O. Box 1027
Statesville, NC 28687


Jewell Agency
18 Sunrise Point Ct.
Lake Wylie, SC 29710


Koury Corporation
Attn: Doug Heberle, Esq.
2275 Vanatory St., Ste. 200
Greensboro, NC 27403


Loomis Insurance
PO Box 14354
Reading, PA 19612


Mecklenburg County Tax Collector
3205 Freedom Dr., #3000
Charlotte, NC 28208

Metro Capital, LLC
600 Center St.
Herndon, VA 20170


MP Shopping Center
c/o Southern Real Estate
4201 Congress St., Ste. #170
Charlotte, NC 28209


NC Department of Revenue
P. O. Box 25000
Raleigh, NC 27640


O'Keefe Group (TOG)
PO Box 1240
Attleboro, MA 02703


Oilmatic
521 Eagleton Downs Dr., Ste. A
Pineville, NC 28134


Penn National Insurance
2 North Second St.
Harrisburg, PA 17101


Postec
1125 Northmeadow Pkwy., Ste. 114
Roswell, GA 30076


Principal Life Insurance
PO Box 77202
Minneapolis, MN 55480


ProChef
PO Box 4057
Mooresville, NC 28117


Restaurant Depot
2030 John Crosland Dr.
Charlotte, NC 28208


RHK Recovery Group (Day & Nite)
1670 Old Country Rd., Ste. 202
Plainview, NY 11803

Richard D. Campbell
2001 Hartwicke Pl.
Charlotte, NC 28270


United Health Care
PO Box 94017
Palatine, IL 60094


US Foods
PO Box 602292
Charlotte, NC 28260


Velocity Capital Group
333 Pearsall Ave., Ste. 105
Cedarhurst, NY 11516


Wilmar, Inc.
PO Box 221272
Charlotte, NC 28222


Woodforest National Bank
c/o Thomas L. Ogburn, III, Esq.
301 S. College St., Ste. 2900
Charlotte, NC 28202

# United States Bankruptcy Court
## Western District of North Carolina

In re   **Quantum Development Charlotte, LLC** _____
                                    Debtor(s)

Case No. _____

Chapter   **11** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Quantum Development Charlotte, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**March 15, 2022** _____
Date

/s/ R. Keith Johnson _____
**R. Keith Johnson**
Signature of Attorney or Litigant
Counsel for   **Quantum Development Charlotte, LLC** _____
**Law Offices of R. Keith Johnson, P.A.**
**1275 S. Hwy. 16**
**Stanley, NC 28164**
**704-827-4200 Fax:704-827-4477**
**kjparalegal@bellsouth.net**