**Fill in this information to identify the case:**

Debtor name: Quantum Development Charlotte, LLC

United States Bankruptcy Court for the: WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known): 22-30113

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*........................................................................................... $ 0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*......................................................................................... $ 395,941.74

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*........................................................................................... $ 395,941.74

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................. $ 218,400.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*................................................ $ 990,000.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................ +$ 809,992.97

4. **Total liabilities** ................................................................................................... $ 2,018,392.97
   Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

Debtor name: **Quantum Development Charlotte, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF NORTH CAROLINA**

Case number (if known): **22-30113**

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ☒ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☒ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☒ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☒ Schedule H: Codebtors (Official Form 206H)
- ☒ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☐ Amended Schedule _____
- ☒ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **March 16, 2022**      X **/s/ Richard D. Campbell**
                                     Signature of individual signing on behalf of debtor

**Richard D. Campbell**
Printed name

**Member/Manager**
Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Quantum Development Charlotte, LLC |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF NORTH CAROLINA |
| Case number (if known) | 22-30113 |

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
■ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

Current value of debtor's interest

2. **Cash on hand**    $11,200.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Bank of America for Quantum Development Charlotte, LLC | Checking | 5330 | $66.60 |
| 3.2. | Bank of America for EAST 1511, LLC | Checking | 1424 | $67.73 |
| 3.3. | Bank of America for Toringdon 1511, LLC (Carmel 1511, LLC) | Checking | 6032 | $85.05 |
| 3.4. | Bank of America for Mooresville 1511, LLC | Checking | 0955 | $13,703.59 |
| 3.5. | Bank of America for Arboretum 1511, LLC | Checking | 3672 | $0.00 |
| 3.6. | Bank of America for Stonecrest 1511, LLC | Checking | 7080 | $51.31 |

Debtor   **Quantum Development Charlotte, LLC**                              Case number (If known) **22-30113**
         Name

| | | | | |
|---|---|---|---|---|
| 3.7. | JP Morgan Chase Bank for Quantum Development Charlotte, LLC | Checking | 1611 | $481.66 |
| 3.8. | JP Morgan Chase Bank for Quantum Development Charlotte, LLC | Checking | 6502 | $9,118.81 |
| 3.9. | JP Morgan Chase Bank for Quantum Development Charlotte, LLC | Checking | 3855 | $8,851.06 |
| 3.10. | JP Morgan Chase Bank for Quantum Development Charlotte, LLC | Checking | 1667 | $457.01 |
| 3.11. | JP Morgan Chase Bank for Quantum Development Charlotte, LLC | Checking | 7176 | $5,434.19 |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**                                                                                                                    $49,517.01
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:  Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.   **Deposits, including security deposits and utility deposits**
     Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | Security deposit for Mooresville 1511 to MP Shopping Center | $8,266.00 |
| 7.2. | Security deposit for Toringdon 1511 to Koury Corporation | $26,698.00 |

8.   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
     Description, including name of holder of prepayment

9.   **Total of Part 2.**                                                                                                                    $34,964.00
     Add lines 7 through 8. Copy the total to line 81.

### Part 3:  Accounts receivable

**10. Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

### Part 4:  Investments

**13. Does the debtor own any investments?**

| Debtor | Quantum Development Charlotte, LLC | Case number (if known) 22-30113 |
|---|---|---|
| | Name | |

■ No. Go to Part 5.
☐ Yes Fill in the information below.

### Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | Raw materials | | | | |
| 20. | Work in progress | | | | |
| 21. | Finished goods, including goods held for resale | | | | |
| 22. | Other inventory or supplies<br>Food and beverages | 03/06/2022 | $0.00 | Cost | $61,460.73 |

23. **Total of Part 5.**                                                                                     $61,460.73
    Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
    ☐ No
    ■ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ☐ No
    ■ Yes. Book value   0.00   Valuation method _____   Current Value   0.00

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

### Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

### Part 7: Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No. Go to Part 8.
☐ Yes Fill in the information below.

### Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

| Debtor | Quantum Development Charlotte, LLC | Case number (If known) | 22-30113 |
|---|---|---|---|
| | Name | | |

**47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

**48. Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

**49. Aircraft and accessories**

**50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
Restaurant equipment and fixtures at 4 locations — $0.00 — Liquidation — $250,000.00

**51. Total of Part 8.** — $250,000.00
Add lines 47 through 50. Copy the total to line 87.

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
■ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

## Part 9: Real property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. Stonecrest 1511, 7708 Rea Rd., Charlotte, NC | Tenant | Unknown | | $0.00 |
| 55.2. Uptown 1511 at College and 5th St., Charlotte, NC | | $0.00 | | $0.00 |
| 55.3. East 1511 at 4271 Park Rd., Charlotte, NC | Tenant | Unknown | | $0.00 |

Official Form 206A/B   Schedule A/B Assets - Real and Personal Property   page 4
Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Debtor | Quantum Development Charlotte, LLC | | Case number (if known) 22-30113 | |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| 55.4. | Arboretum 1511 at 12206 Copper Way, Ste. 124, Charlotte, NC | | $0.00 | $0.00 |
| 55.5. | Mooresville 1511 at 120-D Marketplace Ave., Mooresville, NC | Tenant | $0.00 | $0.00 |
| 55.6. | Toringdon 1511 at 12330 Johnston Rd., Charlotte, NC | Tenant | Unknown | $0.00 |

| 56. | Total of Part 9. | $0.00 |
|---|---|---|

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

57. Is a depreciation schedule available for any of the property listed in Part 9?
   ■ No
   ☐ Yes

58. Has any of the property listed in Part 9 been appraised by a professional within the last year?
   ■ No
   ☐ Yes

**Part 10:  Intangibles and intellectual property**

59. Does the debtor have any interests in intangibles or intellectual property?

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | Patents, copyrights, trademarks, and trade secrets<br>**Trademark - Cantina 1511** | $0.00 | | Unknown |
| 61. | Internet domain names and websites<br>**Website - Cantina15Eleven.com** | $0.00 | | Unknown |
| 62. | Licenses, franchises, and royalties<br>**4 liquor licenses (4 locations)** | $0.00 | | Unknown |
| 63. | Customer lists, mailing lists, or other compilations<br>**E-mail list for advertising** | $0.00 | | Unknown |

64. Other intangibles, or intellectual property

65. Goodwill

| Debtor | **Quantum Development Charlotte, LLC** | Case number *(if known)* **22-30113** |
|---|---|---|
| | Name | |

66. **Total of Part 10.**
    Add lines 60 through 65. Copy the total to line 89.

    $0.00

67. **Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C.§§ 101(41A) and 107?**
    ■ No
    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ■ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

### Part 11:  All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No. Go to Part 12.
    ☐ Yes Fill in the information below.

| Debtor | Quantum Development Charlotte, LLC | Case number (If known) 22-30113 |
|---|---|---|
| | Name | |

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. *Copy line 5, Part 1* | $49,517.01 | |
| 81. Deposits and prepayments. *Copy line 9, Part 2.* | $34,964.00 | |
| 82. Accounts receivable. *Copy line 12, Part 3.* | $0.00 | |
| 83. Investments. *Copy line 17, Part 4.* | $0.00 | |
| 84. Inventory. *Copy line 23, Part 5.* | $61,460.73 | |
| 85. Farming and fishing-related assets. *Copy line 33, Part 6.* | $0.00 | |
| 86. Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $0.00 | |
| 87. Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $250,000.00 | |
| 88. Real property. *Copy line 56, Part 9.*……………………………………………………………………> | | $0.00 |
| 89. Intangibles and intellectual property. *Copy line 66, Part 10.* | $0.00 | |
| 90. All other assets. *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $395,941.74 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $395,941.74 |