**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| **QUANTUM DEVELOPMENT CHARLOTTE, LLC** | ) | **CASE NO. 22-30113** |
| | ) | **CHAPTER 11** |
| **Debtor.** | ) | |
| | ) | |

## CORPORATE RESOLUTION

I, the undersigned, being the member manager of Quantum Development Charlotte, LLC, a North Carolina limited liability company (the "Company") having corporate headquarters located at 2001 Hartwicke Place, Charlotte, NC 28270, do hereby adopt the following resolutions by signing below to consent to action without holding a formal meeting of the Board of the Company.

RESOLVED, that the filing by the Company of a petition for relief under Chapter 11 of Title 11, United States Code (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Western District of North Carolina is approved; and it is

FURTHER RESOLVED, that the officers of the Company are authorized, empowered, and directed to execute on behalf of the Company a petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Western District of North Carolina, and any affidavits, forms, schedules, application or any other pleadings or documents which are necessary or appropriate, including debtor-in-possession financing arrangements; and it is

FURTHER RESOLVED, that the retention on behalf of the Company of the law firm of R. Keith Johnson, P.A., upon such terms and conditions as the officers of the Company shall approve, to render legal services to, and to represent the Company in connection with such chapter 11 proceedings and other related matters in connection therewith, is authorized and approved; and it is

FURTHER RESOLVED, that any officers of the Company are each severally authorized to retain on behalf of the Company such other professionals as the officers of the Company deem necessary or appropriate, upon such terms and conditions as the officers of the Company shall approve, to render services to the Company in connection with such Chapter 11 proceedings and with respect to other related matters in connection therewith; and it is

FURTHER RESOLVED, that any of the officers of the Company are authorized, empowered, and directed to take any and all further action and to execute and deliver any and all

such further instruments and documents and to pay all such expenses (subject to bankruptcy court approval), where necessary or appropriate in order to carry out fully the intent and accomplish the purposes of the resolutions adopted herein; and it is

FURTHER RESOLVED, that all actions taken by the officers of the Company prior to the date hereof in connection with the reorganization of the Company or any matter related thereto, or by virtue of these resolutions, are hereby in all respects ratified, confirmed, and approved.

Dated:  Charlotte, North Carolina

    Date: March 16, 2022    QUANTUM DEVELOPMENT CHARLOTTE, LLC

    By: */s/ Richard D. Campbell*
    Name:  RICHARD D. CAMPBELL
    Member/Manager