**Local Form 19** **September 2021**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| **QUANTUM DEVELOPMENT CHARLOTTE, LLC** | ) | **CASE NO. 22-30113** |
| | ) | **CHAPTER 11** |
| **Debtor.** | ) | |
| | ) | |

**COVER SHEET FOR AMENDED SCHEDULES AND STATEMENTS**

Briefly describe the amendments to the Debtor's schedules and statements below, including the names of the schedules and/or statements being amended and any creditors added or removed.

***Amended Schedule G to add 2.5, 2.6, and 2.7***

Note: A filing fee may be required.

Date: March 17, 2022

*/s/ R. Keith Johnson*
R. KEITH JOHNSON
Attorney for Debtor
1275 S. NC Bus. Hwy. 16
Stanley, NC 28164
(704) 827-4200
NCSB 8840

**Fill in this information to identify the case:**

Debtor name **Quantum Development Charlotte, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known) **22-30113**

■ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ■ Amended *Schedule* G
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **March 17, 2022**

X **/s/ Richard D. Campbell**
Signature of individual signing on behalf of debtor

**Richard D. Campbell**
Printed name

**Member/Manager**
Position or relationship to debtor



Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Quantum Development Charlotte, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known) **22-30113**

■ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **Property at 4271 Park Rd., Charlotte, NC** | |
| State the term remaining | **Lease terminates 2024** | **Edens (PRSC Holdings)<br>PO Box 536856<br>Atlanta, GA 30353** |
| List the contract number of any government contract | | |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest | **Property at 12330 Johnston Rd., Charlotte, NC** | |
| State the term remaining | **Lease terminates 2030** | **Koury Corporation<br>Attn: Doug Heberle, Esq.<br>2275 Vanatory St., Ste. 200<br>Greensboro, NC 27403** |
| List the contract number of any government contract | | |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest | **Property at 12206 Copper Way, Charlotte, NC** | |
| State the term remaining | **Lease terminates 2031** | **Koury Corporation<br>Attn: Doug Heberle, Esq.<br>2275 Vanatory St., Ste. 200<br>Greensboro, NC 27403** |
| List the contract number of any government contract | | |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest | **Property at 120-D Market Place Ave., Mooresville, NC** | |
| State the term remaining | **Lease terminates 2029** | **MP Shopping Center<br>c/o Southern Real Estate<br>4201 Congress St., Ste. #170<br>Charlotte, NC 28209** |
| List the contract number of any government contract | | |


Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 Quantum Development Charlotte, LLC Case number (*if known*) 22-30113
First Name Middle Name Last Name



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for 2017 Nissan NV200** | |
| | State the term remaining | **Lease terminates September, 2022** | **Wilmar, Inc.<br>3336 Washburn Ave.<br>Charlotte, NC 28205** |
| | List the contract number of any government contract | | |
| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for 2018 Buick Enclave** | |
| | State the term remaining | **Lease terminates January, 2023** | **Wilmar, Inc.<br>PO Box 221272<br>Charlotte, NC 28222** |
| | List the contract number of any government contract | | |
| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for 2014 Chevrolet Express van** | |
| | State the term remaining | **Lease terminates August, 2024** | **Wilmar, Inc.<br>PO Box 221272<br>Charlotte, NC 28222** |
| | List the contract number of any government contract | | |


Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com Best Case Bankruptcy