

FILED & JUDGMENT ENTERED
Steven T. Salata

March  25  2022

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

*Laura T Beyer*
_____
Laura T. Beyer
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

| | |
|---|---|
| IN RE: ) | |
| QUANTUM DEVELOPMENT CHARLOTTE, LLC ) | CASE NO. 22-30113 |
| ) | CHAPTER 11 |
| Debtor. ) | |
| ) | |

## *EX PARTE* ORDER SCHEDULING EXPEDITED HEARING ON EMERGENCY MOTION FOR TURNOVER, AND REDUCING NOTICE

**THIS MATTER** came on for consideration before the undersigned United States Bankruptcy Judge upon the motion filed by the Debtor herein seeking scheduling of an expedited hearing on its Emergency Motion for Turnover filed in this case. The Court has reviewed the motion for an expedited hearing, and the record in this case. Based upon the information contained in the motion for expedited hearing, the record in this case, and previous hearings held in this case, this Court is of the opinion that the motion should be granted, and that hearings should be scheduled as soon as possible as to the Emergency Motion for Turnover.

The Court also notes that the Debtor is able to communicate by e-mail and other electronic means with the respondants in the Emergency Motion for Turnover, and with the parties that have made demand on the subject of the Emergency Motion for Turnover, thereby causing that subject to refuse to deliver funds to the Debtor. Additionally, the Court notes that the motion states that Woodforest National Bank, represented by experienced bankruptcy

counsel in this Court, has a first lien of position on any of the funds that are the subject of the Emergency Motion for Turnover, and that the Debtor will be soon filing a motion to seek authority to use that cash collateral.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that a hearing on the Emergency Motion for Turnover filed by the Debtor in this case shall occur on the 30th day of March, 2022, at 9:30 o'clock a.m., in LTB Courtroom 2A of the Charles R. Jonas Federal Building, 401 West Trade Street, Charlotte, North Carolina.

**IT IS FURTHER ORDERED** that upon entry and docketing of this order, the Debtor is directed to immediately serve the Motion for Turnover, the Motion to Shorten Notice of Hearing, and this Order, along with a Notice of Hearing, on the applicable parties by electronic means (e-mail, text, etc.), and further that the Debtor shall then serve the same documents on the same parties by overnight delivery service, with the appropriate filing of a Certificate of Service.

| | |
|---|---|
| *This Order has been signed electronically.*<br>*The Judge's signature and Court's seal*<br>*appear at the top of this Order.* | *United States Bankruptcy Court* |