# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

IN RE:                                                )
QUANTUM DEVELOPMENT CHARLOTTE, LLC    )     CASE NO. 22-30113
                                                      )     CHAPTER 11
                              Debtor.                 )
_____)

## NOTICE OF HEARING

**NOTICE IS HEREBY GIVEN** that the Debtor, Quantum Development Charlotte, LLC, has filed an EMERGENCY MOTION FOR TURNOVER, a copy of which is attached. The Court will conduct a hearing of said Motion on March 30, 2022, at 9:30 a.m. at the Charles R. Jonas Federal Building, LTB Courtroom 2A, 401 W. Trade St., Charlotte, North Carolina.

**THIS** the 25th day of March, 2022.

*/s/ R. Keith Johnson*
R. Keith Johnson (8840)
1275 Highway 16 S.
Stanley, NC 28164
(704) 827-4200
NCSB 8840