**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | |
|---|---|
| IN RE: ) | |
| QUANTUM DEVELOPMENT CHARLOTTE, LLC ) | CASE NO. 22-30113 |
| ) | CHAPTER 11 |
| Debtor. ) | |
| ) | |

**CERTIFICATE OF SERVICE**

    **THIS IS TO CERTIFY** that on the below date, the undersigned served a copy of the EMERGENCY MOTION FOR TURNOVER, EX PARTE MOTION TO SHORTEN NOTICE OF HEARING, AND TO SCHEDULE HEARING ON EMERGENCY MOTION FOR TURNOVER, EX PARTE ORDER SCHEDULING EXPEDITED HEARING ON EMERGENCY MOTION FOR TURNOVER, AND REDUCING NOTICE, NOTICE OF HEARING, ARTICLES OF MERGER, AND NOTICE OF CHAPTER 11 BANKRUPTCY CASE by both e-mail, and via FedEx overnight:

Quantum Development Charlotte, LLC
Attn: Richard D. Campbell
*Via e-mail only*

Mr. Isaac H. Greenfield, Esq.
Law Offices of Isaac H. Greenfield, PLLC
2 Executive Blvd., Ste. 305
Suffern, NY 10901
*(Via e-mail: info@greenfieldlawpllc.com)*

Stripe, Inc.
185 Berry St., Ste. 550
San Francisco, CA 94107
*(Via e-mail: llg-notices@stripe.com)*

Diesel Funding, LLC
1100 NE 163rd St., #404
Miami, FL 33162

Caleb Brown (ECF)
Subchapter V Trustee

Shelley Abel (ECF)
Bankruptcy Administrator

**THIS** the 25th day of March, 2022.

                                                      LAW OFFICE OF R. KEITH JOHNSON, P.A.

                                                      */s/ R. Keith Johnson*
                                                      R. Keith Johnson (8840)
                                                      1275 Highway 16 S.
                                                      Stanley, NC 28164
                                                      (704) 827-4200
                                                      NCSB 8840